U.S. Electronics, Inc., Appellant, v Sirius Satellite Radio, Inc., Respondent.

Submitted May 31, 2011; decided June 2, 2011

Motion by the Association of the Bar of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

Viking Capital Partners, LLC, Respondent, v Enterprise Bay Ridge, LLC, et al., Defendants. James K. Noonan, Nonparty Appellant.

Submitted March 7, 2011; decided June 2, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.